**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Lillian Mae Bates, Appellant.

Appellate Case No. 2023-000483

―――――――――――

Appeal from Greenville County
Edward W. Miller, Circuit Court Judge

―――――――――――

Memorandum Opinion No. 2025-MO-040
Submitted June 16, 2025 – Filed August 27, 2025

―――――――――――

**AFFIRMED**

―――――――――――

Appellate Defender Jessica M. Saxon, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia; and Solicitor Cindy Smith Crick, of Greenville, for Respondent.

―――――――――――

**PER CURIAM:** We certified this case from the court of appeals pursuant to Rule 204(b), SCACR. The issue in this appeal mirrors that presented in our recent decision in *State v. Sweet*, Op. No. 28297 (S.C. Sup. Ct. filed Aug. 20, 2025)

(Howard Adv. Sh. No. 31 at 9).  We affirm the appellant's conviction and sentence pursuant to Rule 220(b)(1), SCACR, and *Sweet*, (Howard Adv. Sh. No. 31 at 9).

**AFFIRMED.**

**KITTREDGE, C.J., FEW, JAMES and HILL, JJ., concur. VERDIN, J., not participating.**